GEORGE W. NOWELL (SBN: 83868)
  george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
  paul.arenas@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Plaintiff:
ARGO IMPORT AND SALVAGE, INC.
dba ARGO FINE IMPORTS

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### (OAKLAND DIVISION)

| | |
|---|---|
| ARGO IMPORT AND SALVAGE, INC. dba ARGO FINE IMPORTS,<br><br>Plaintiff,<br><br>v.<br><br>M/V PACIFIC EXPLORER, her engines, tackle, machinery, appurtenances, etc., <u>in rem</u>; and THE CHINA NAVIGATION COMPANY, LTD.; INDOTRANS ASIA; SWIRE SHIPPING, LTD (UK); SWIRE SHIPPING, <u>in personam</u>,<br><br>Defendants. | CASE NO.: C 07 3436<br><br>**COMPLAINT <u>IN REM</u> AND <u>IN PERSONAM</u> FOR CARGO DAMAGE** |

COMES NOW Plaintiff ARGO IMPORT AND SALVAGE, INC. dba ARGO FINE IMPORTS ("Plaintiff" or "ARGO"), and with this complaint alleges against the above-named vessel <u>in rem</u> and against the above-named defendant <u>in personam</u> upon information and belief:

### JURISDICTION

1. This is a case of admiralty and maritime jurisdiction, within the provisions of 28 USC § 1333 as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure.

\\\

\\\

## VENUE AND INTRADISTRICT ASSIGNMENT

2. Venue is proper in this District Court pursuant to 28 U.S.C. § 1391 because this is a district where Defendant SWIRE SHIPPING LIMITED (UK) may be found, and Defendant vessel and its owners are aliens. SWIRE maintains an office in Oakland, California.

## FIRST CLAIM FOR RELIEF

3. Plaintiff at and during the times hereinafter mentioned, was a corporation organized and existing under the laws of one of the States of the United States of America or a country of the world.

4. At and during all the times hereinafter mentioned, the <u>in personam</u> defendant was and now is a legal entity capable of being sued in this Court; owned, operated, managed, chartered and/or controlled the above-named Defendant vessel which is now or will be within the jurisdiction of this Court during the pendency of this action; and/or engaged in business as a common carrier of merchandise by water or land for hire, with an office, agent or doing business within the jurisdiction of this court.

5. At and during all the times and places hereinafter mentioned, each of the Defendants was the duly authorized agent, servant, or employee of the remaining Defendants, and was at all times and places mentioned herein acting within the purpose and scope of said agency, service and employment in connection with the matters herein alleged.

6. Plaintiff is the owner, shipper, consignee, forwarder (or underwriter or the assignee of one of them) of the cargo described in Exhibit A, attached hereto, and is the proper party to bring this action on its own behalf and as agent and trustee on behalf of any and all other parties interested in such cargos as their respective interests may ultimately appear.

7. Defendants and each of them carried, handled, were the bailee of, consolidated, forwarded or controlled Plaintiff's personal property ("cargos") as described in Exhibit A hereto.

8. This is a case of cargo damage resulting from breach or other fault by the Defendants, and each of them, of their contractual duties as common carriers or parties to the contracts of affreightment, bailment and other contracts with respect to cargos loaded at the places described in Exhibit A, attached hereto, carried pursuant to the contracts and bills of

COMPLAINT <u>IN REM</u> AND <u>IN PERSONAM</u> FOR CARGO DAMAGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0312.2007-1737

lading identified in Exhibit A, or following therefrom and related thereto, and which were discharged and delivered damaged at the place of delivery named in Exhibit A; such damage is described in and amounting to the sums stated in Exhibit A.

9.   At no time has Plaintiff been compensated for its damages as alleged above by Defendants, or any of them, despite demands made therefor. Defendants and each of them refuse and continue to refuse to pay Plaintiff's damages.

10.  As a proximate result of said refusals, Plaintiff has been damaged in an amount in excess of that stated in Exhibit A. In addition to that loss, Plaintiff has incurred attorneys' fees and other recovery expenses in amounts as yet unascertained.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

## SECOND CLAIM FOR RELIEF

11.  Plaintiff incorporates Paragraphs 1 through 7 and 9 through 10 of the First Claim for Relief of this Complaint, as if herein stated in full.

12.  Defendants and each of them so negligently breached their duties as common carriers, handlers, bailees, warehousemen, agents or their other capacities with respect to the cargos loaded at the places described in Exhibit A, attached hereto, and carried pursuant to the contracts and bills of lading identified in Exhibit A, that said cargos were discharged and delivered damaged at the places of destination named in Exhibit A; such damages amounting to the sums stated in Exhibit A.

13.  As a direct and proximate result of the conduct as aforesaid of Defendants and each of them, Plaintiff has been damaged in an amount set forth in Exhibit A. In addition to that loss, Plaintiff has incurred attorney's fees and other recovery expenses in amounts as yet unascertained.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

## PRAYER

WHEREFORE, Plaintiff prays:

1.   That process in due form of law according the practices of this Court may issue against Defendants in excess of the sum of $22,585.32;

COMPLAINT IN REM AND IN PERSONAM FOR CARGO DAMAGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0312.2007-1737

2. That a decree may be entered in favor of Plaintiff against Defendants for the amount of Plaintiff's damages, together with interest and costs incurred;

3. That process in due form of law, according to the practices of this Court in cases of admiralty and maritime jurisdiction as pertains to <u>in rem</u> claims for relief, may issue against the above-named vessel including the sale of the vessel;

4. For costs of suit and any recoverable attorneys fees to which Plaintiff may be entitled; and

5. For such other further and different relief as this Court may deem just and proper in the premises.

Dated: June 28, 2007

**LAW OFFICES OF GEORGE W. NOWELL**

By: _/s/ Paul B. Arenas_
PAUL B. ARENAS
Attorneys for Plaintiff
ARGO IMPORT AND SALVAGE, INC.
dba ARGO FINE IMPORTS

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0312.2007-1737

| | |
|---|---|
| | **EXHIBIT A** |
| BILLS OF LADING NOS.: | Bills of Lading Nos. IDJKT54081, IDJKT54086, IDJKT54087, IDJKT54088, IDJKT54088, IDJKT54089, IDJKT54090, IDJKT54092, IDJKT54096<br>dated January 27, 2006 at Jarkarta, Indonesia (copies attached hereto and incorporated herein). |
| VESSEL: | M/V PACIFIC EXPLORER |
| VOYAGE | V.0004E |
| DATE OF SHIPMENT: | On or about January 26, 2006 |
| DATES OF DELIVERY: | On or about March 13, 2006 |
| PLACE OF SHIPMENT: | Jakarta, Indonesia |
| OCEAN PORT OF DISCHARGE: | Long Beach, CA |
| PLACE OF DELIVERY: | Los Angeles, CA |
| PLACE OF FINAL DESTINATION: | Metairie, LA |
| PLACE OF LOSS: | En route to place of delivery and while in the custody of defendants |
| DATE OF LOSS: | While in the custody of defendants sometime between approximately January 26, 2006 and March 13, 2006 |
| SHIPPERS: | PT KAYU LAPIS INDONESIA<br>DESA MUROEJO, KALIWUNGU, KABUPATEN KENDAL 51372, SEMARANG, INDONESIA |
| CONSIGNEES: | TO THE ORDER OF<br>PT KAYU LAPIS INDONESIA<br>DESA MUROEJO, KALIWUNGU, KABUPATEN KENDAL 51372, SEMARANG, INDONESIA |
| NOTIFY PARTY: | ARGO FINE IMPORTS<br>3032 RIDGELAKE DRIVE<br>SUITE 202, METAIRIE, LOUISIANA 70002 |
| DESCRIPTION OF CARGO: | 4,995 PCS BREAKBULK MERANTI PLYWOOD |
| NATURE OF DAMAGE: | Physical Damage and Loss |
| AMOUNT OF DAMAGE: | In excess of $22,585.32 (including mitigation costs less salvage) |

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0312.2007-1737

03/21/2006 13:06   6049136105              INTERSURE           PAGE  06
03/21/2006 10:30   504828?(                ARGO FINE IMPORT    PAGE  03

# BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT

**IND☆TRANS ASIA** — A SERVICE OF THE CHINA NAVIGATION CO. LTD. (Inc. in the U.K.)

**SHIPPER / EXPORTER:**
PT. KAYU LAPIS INDONESIA
DESA MORGOREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 6662980

**BOOKING NUMBER** | **BILL OF LADING NO.** IUJKT54089 | **BROKERAGE**

**EXPORT REFERENCES**

**CONSIGNEE:**
TO THE ORDER OF PT. KAYU LAPIS INDONESIA
DESA MORGOREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 6662980

**FORWARDING AGENT - REFERENCES**

**POINT AND COUNTRY OF ORIGIN**

**NOTIFY PARTY:**
ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE,
SUITE 202, METAIRIE, LOUISIANA 70002.
ATTN: DON MCMASTER, TELEPHONE NO: 504-828-0943
AND M.G. MAHER AND CO., INC., ONE CANAL PLACE, **)

**ALSO NOTIFY / ROUTING / INSTRUCTIONS**

**SECOND ORIGINAL**

**PRECARRIAGE BY:** MV. ELSES  V. VIII
**PLACE OF RECEIPT BY PRECARRIER:** SEMARANG, INDONESIA
**EXPORTING CARRIER (VESSEL):** PACIFIC EXPLORER V.00046
**PORT OF LOADING:** JAKARTA - INDONESIA
**LOADING PIER / TERMINAL**
**PORT OF DISCHARGE:** LONG BEACH, CA.
**PLACE OF DELIVERY BY ONCARRIER:** LOS ANGELES, CALIFORNIA, U.S.A
**TYPE OF MOVEMENT**

| MARKS AND NUMBERS | No. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | BREAKBULK MERANTI PLYWOOD | | |
| | | Shipping Marks:   Crates   Pieces   Cbm   MBF   GW KGS   NW KGS | | |
| | | --- AS ATTACHED --- | | |
| | | | GW = 20,720.00 KGS | |
| | | | NW = 19,920.00 KGS | |
| | | | MEAS = 32.792 CBM | |

**) SUITE 1000, NEW ORLEANS, LOUISIANA 70130.
PHONE: 504-581-3820, FAX: 504-529-2811
ATTN: IMPORT DEPARTMENT

INDOTRANS ASIA AS CARRIER
ON BOARD MV. ELSES V. VIII, DATED JANUARY 27, 2006
AT SEMARANG, INDONESIA

CFS/CFS

**FREIGHT CHARGES PAYABLE AT:** JAKARTA    BY                ITEM NUMBER

**TOTAL NO. OF CONTAINERS / PACKAGES RECEIVED BY THE CARRIER:**
SIXTEEN CRATES ONLY

**FREIGHT AND CHARGES** | PREPAID | COLLECT

* FREIGHT PREPAID *

SIGNATURE(S)

PT. JARDINE TANGGUH TRANSPORT SERVICES
**APPLICATION FOR COMBINED TRANSPORT ONLY**
AS AGENT FOR CARRIER     MO. 01  DAY 27  YEAR 06

EXCESS VALUE CHARGE (SEE CLAUSE 7 (4))
TOTAL CHARGES CONVERTED TO USD
REAR CODE          TOTAL CHARGES

INDOTRANS ASIA V1.0

3

03/21/2006  13:06   6049136103           INTERSURE              PAGE  06
03/21/2006  10:30   5048288707           ARGO FINE IMPORTS      PAGE  05

# BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT

**INDOTRANS ASIA** — A SERVICE OF THE CHINA NAVIGATION CO. LTD. (Inc. in the U.K.)

**SHIPPER / EXPORTER:**
PT. KAYU LAPIS INDONESIA
DESA MORDREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 6662980

**BOOKING NUMBER:**
**BILL OF LADING No:** IDJKTS4088
**BROKERAGE:**

**CONSIGNEE:**
TO THE ORDER OF PT. KAYU LAPIS INDONESIA
DESA MORDREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 6662980

**FORWARDING AGENT - REFERENCES:**

**POINT AND COUNTRY OF ORIGIN:**

**NOTIFY PARTY:**
ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE,
SUITE 202, METAIRIE, LOUISIANA 70002.
ATTN: DON MCMASTER, TELEPHONE NO: 504-828-0943
AND M.G.MAHER AND CO., INC., ONE CANAL PLACE, (**)

**ALSO NOTIFY / ROUTING / INSTRUCTIONS:**

## SECOND ORIGINAL

**PRE-CARRIAGE BY:** MV. ELSES V. VIII
**PLACE OF RECEIPT BY PRE-CARRIER:** SEMARANG, INDONESIA
**EXPORTING CARRIER (VESSEL):** PACIFIC EXPLORER V.0004
**PORT OF LOADING:** JAKARTA - INDONESIA
**LOADING PIER / TERMINAL:**
**PORT OF DISCHARGE:** LONG BEACH, CA.
**PLACE OF DELIVERY BY ON-CARRIER:** LOS ANGELES, CALIFORNIA, U.S.A
**TYPE OF MOVEMENT:**

| MARKS AND NUMBERS | No. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | BREAKBULK MERANTI PLYWOOD | | |
| | | Shipping Marks: Crates  Pieces  Cbm  MSF  G/W KGS  N/W KGS | | |
| | | --- AS ATTACHED --- | | |
| | | | GW = 20,610.00 KGS | |
| | | | NW = 19,782.00 KGS | |
| | | | MEAS = 31.827 CBM | |

(**) SUITE 1600, NEW ORLEANS, LOUISIANA 70130.
PHONE: 504-581-9320, FAX: 504-529-2611
ATTN: IMPORT DEPARTMENT

INDOTRANS ASIA AS CARRIER
ON BOARD MV. ELSES V. VIII. DATED JANUARY 27, 2006
AT SEMARANG, INDONESIA

CFS/CFS

**EXCESS VALUATION:** REFER TO CLAUSE 7 (4) ON REVERSE SIDE
**FREIGHT CHARGES PAYABLE AT:** JAKARTA  BY
**ITEM NUMBER:**
**TOTAL No. OF CONTAINERS / PACKAGES RECEIVED BY THE CARRIER:** EIGHTEEN CRATES ONLY

" FREIGHT PREPAID "

3/(THREE)

PT. JARDINE TANGGUH TRANSPORT SERVICES
*APPLICATION FOR COMBINED TRANSPORT ONLY*
AS AGENT FOR CARRIER   01  27  06

**EXCESS VALUE CHARGE (SEE CLAUSE 7 (4)):**
**TOTAL CHARGES CONVERTED TO USD:**
**TOTAL CHARGES:**

INDOTRANS ASIA V1

5

03/21/2006  13:06    6049136183                    INTERSURE                                PAGE  10
03/21/2006  10:30    50482807                      ARGO FINE IMPORTS                        PAGE  07

# BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT

## IND☼TRANS ASIA

A SERVICE OF THE CHINA NAVIGATION CO. LTD (INC. in the U.K.)

**SHIPPER / EXPORTER:**
PT. KAYU LAPIS INDONESIA
DESA MOROREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 8662980

**BOOKING NUMBER**

**BILL OF LADING No.** IDJKTS4092

**EXPORT REFERENCES**

**CONSIGNEE:**
TO THE ORDER OF PT. KAYU LAPIS INDONESIA
DESA MOROREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 8662980

**FORWARDING AGENT - REFERENCES**

**POINT AND COUNTRY OF ORIGIN**

**NOTIFY PARTY:**
ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE,
SUITE 202, METAIRIE, LOUISIANA 70002,
ATTN: DON MCMASTER, TELEPHONE NO: 504-828-0943
AND M.G. MAHER AND CO., INC., ONE CANAL PLACE,

**ALSO NOTIFY / ROUTING / INSTRUCTIONS**

**COPY NON NEGOTIABLE**

**PRE-CARRIAGE BY:** MV. ELSES V. VIII
**PLACE OF RECEIPT BY PRE-CARRIER:** SEMARANG, INDONESIA
**EXPORTING CARRIER (VESSEL):** PACIFIC EXPLORER V.0004E
**PORT OF LOADING:** JAKARTA - INDONESIA
**LOADING PIER / TERMINAL**
**PORT OF DISCHARGE:** LONG BEACH, CA.
**PLACE OF DELIVERY BY ON-CARRIER:** LOS ANGELES, CALIFORNIA, U.S.A
**TYPE OF MOVEMENT**

| MARKS AND NUMBERS | No. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | BREAKBULK MERANTI PLYWOOD | | |
| | | Shipping Marks) Crates Pieces Cbm MBF G/W KGS N/W KGS | | |
| | | --- AS ATTACHED --- | | |
| | | | GW   91,600.00 KGS | |
| | | | NW   87,920.00 KGS | |
| | | | MEAS              | 141.450 CBM |
| | | SUITE 1800, NEW ORLEANS, LOUISIANA 70130, | | |
| | | PHONE: 504-581-8320, FAX: 504-529-2617 | | |
| | | ATTN: IMPORT DEPARTMENT | | |
| CFS/CFS | | INDOTRANS ASIA AS CARRIER ON BOARD MV. ELSES V. VIII, DATED JANUARY 27, 2006 AT SEMARANG, INDONESIA | | |

**EXCESS VALUATION:** REFER TO CLAUSE 7 (4) ON REVERSE SIDE
**FREIGHT CHARGES PAYABLE AT:** JAKARTA   BY
**ITEM NUMBER**
**TOTAL NUMBERS OF CONTAINERS / PACKAGES RECEIVED BY THE CARRIER**

**EIGHTY CRATES ONLY**

**FREIGHT AND CHARGES** | **PREPAID** | **COLLECT**

* FREIGHT PREPAID *

3/(THREE)

PT. JARDINE TANGGUH TRANSPORT SERVICES
APPLICATION FOR COMBINED TRANSPORT ONLY
AS AGENT FOR CARRIER       01  27  06

**EXCESS VALUE CHARGE (SEE CLAUSE 7 (4))**

**TOTAL CHARGES**

INDOTRANS ASIA V1.6

7

03/21/2006  13:06   6049136105        INTERSURE              PAGE  11
03/21/2006  10:30   504828            ARGO FINE IMPOR        PAGE  08

## BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT

**INDOTRANS ASIA** A SERVICE OF THE CHINA NAVIGATION CO. LTD. (Inc. in the U.K.)

| | |
|---|---|
| **SHIPPER / EXPORTER** | **BOOKING NUMBER** / **BILL OF LADING No.** IDJKT54090 / **BROKERAGE** |
| PT. KAYU LAPIS INDONESIA<br>DESA MOROREJO, KALIWUNGU, KABUPATEN<br>KENDAL 61372, SEMARANG, INDONESIA<br>ATTN : BAMBANG RAHARJO, TELEPHONE NO . (024) 8002900 | **EXPORT REFERENCES** |
| **CONSIGNEE**<br>TO THE ORDER OF PT. KAYU LAPIS INDONESIA<br>DESA MOROREJO, KALIWUNGU, KABUPATEN<br>KENDAL 61372, SEMARANG, INDONESIA<br>ATTN : BAMBANG RAHARJO, TELEPHONE NO : (024) 6662980 | **FORWARDING AGENT - REFERENCES**<br><br>**POINT AND COUNTRY OF ORIGIN** |
| **NOTIFY PARTY**<br>ARGO FINE IMPORTS, 3022 RIDGELAKE DRIVE,<br>SUITE 202, METAIRIE, LOUISIANA 70002,<br>ATTN: DON MCMASTER, TELEPHONE NO : 504-828-0943<br>AND M.G.MAHER AND CO., INC., ONE CANAL PLACE, **) | **ALSO NOTIFY / ROUTING / INSTRUCTIONS**<br><br>**SECOND ORIGINAL** |
| **PRECARRIAGE BY** MV. ELSES V. VIII | **PLACE OF RECEIPT BY PRECARRIER** SEMARANG, INDONESIA |
| **EXPORTING CARRIER (VESSEL)** PACIFIC EXPLORER V.0004E | **PORT OF LOADING** JAKARTA - INDONESIA / **LOADING PIER / TERMINAL** |
| **PORT OF DISCHARGE** LONG BEACH, CA. | **PLACE OF DELIVERY BY ONCARRIER** LOS ANGELES, CALIFORNIA, U.S.A / **TYPE OF MOVEMENT** |

**PARTICULARS FURNISHED BY SHIPPER** (not acknowledged by the Carrier)

| MARKS AND NUMBERS | No. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | BREAKBULK MERANTI PLYWOOD | | |
| | | Shipping Marks:  Crates   Pieces   Cbm   MSF   G/W KGS   N/W KGS | | |
| | | ---- AS ATTACHED ---- | | |
| | | | GW  20,718.00 KGS<br>NW  19,880.00 KGS<br>MEAS  32.793 CBM | |
| **) SUITE 1600, NEW ORLEANS, LOUISIANA 70130,<br>PHONE : 504-581-0330, FAX : 504-529-2611<br>ATTN : IMPORT DEPARTMENT | | | | |
| CFS/CFS | | INDOTRANS ASIA AS CARRIER<br>ON BOARD MV. ELSES V. VIII, DATED JANUARY 27, 2006<br>AT SEMARANG, INDONESIA | | |

**EXCESS VALUATION REFER TO CLAUSE 7 (4) ON REVERSE SIDE**

| FREIGHT CHARGES PAYABLE AT: | JAKARTA | BY | | ITEM NUMBER | |
|---|---|---|---|---|---|
| **TOTAL No. OF CONTAINERS / PACKAGES RECEIVED BY THE CARRIER**<br>EIGHTEEN CRATES ONLY | | FREIGHT AND CHARGES | | PREPAID | COLLECT |
| | | * FREIGHT PREPAID * | | | |
| 3/(THREE) | | | | | |

PT. JARDINE TANGGUH TRANSPORT SERVICES
*APPLICATION FOR COMBINED TRANSPORT ONLY
AS AGENT FOR CARRIER

| EXCESS VALUE CHARGE (SEE CLAUSE 7(4)) | |
|---|---|
| ARBR CODE | TOTAL CHARGES |

INDOTRANS ASIA

```
03/21/2006  13:06   6045138103              INTERSURE                    PAGE   12
03/21/2006  10:30   5048280   'S         ARGO FINE IMPORTS              PAGE   09
```

ATTACHED B/L NO : IDJKT54050

| Shipping Marks | Crates | Pieces | Cbm | MSF | G/W KGS | N/W KGS |
|---|---|---|---|---|---|---|
| ARGO P.O. NO. 6607KLLA CRATE MARKS : 154-3/154-4/154-5 LOS ANGELES 3.4X48X96 DBB / DCC / DOVL LPE PLYWOOD MADE IN INDONESIA C/NO. 17 - 34 | 2 2 14 18 | DBB / DCC / DOVL  LFE 360 360 2,420 3,240 | 3.644 3.644 25.506 32.793 | 3.4MM X 48 X96 11.520 11.520 80.640 103.680 | 2,302 2,302 16,114 20,718 | 2,210 2,210 15,470 19,890 |

9

03/21/2006 10:30    50482807    ARGO FINE IMPORTS    PAGE 10

# BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT

**INDOTRANS ASIA** A SERVICE OF THE CHINA NAVIGATION CO. LTD. (Inc. in the U.K.)

**SHIPPER / EXPORTER**
PT. KAYU LAPIS INDONESIA
DESA MORGREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 8662980

**BILL OF LADING No.** JKLIKT140091

**CONSIGNEE**
TO THE ORDER OF PT. KAYU LAPIS INDONESIA
DESA MORGREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 8662980

**NOTIFY PARTY**
ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE,
SUITE 202, METAIRIE, LOUISIANA 70002.
ATTN: DON MCMASTER, TELEPHONE NO: 504-828-0943
AND M.G.MAHER AND CO., INC., ONE CANAL PLACE, **)

**SECOND ORIGINAL**

**VESSEL** MV. ELSES V. VIII
**PLACE OF RECEIPT BY PRECARRIER** SEMARANG, INDONESIA
**EXPORTING CARRIER** PACIFIC EXPLORER V.0004E
**PORT OF LOADING** JAKARTA - INDONESIA
**PORT OF DISCHARGE** LONG BEACH, CA
**PLACE OF DELIVERY BY ONCARRIER** LOS ANGELES, CALIFORNIA, U.S.A

| MARKS AND NUMBERS | No. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | BREAKBULK MERANTI PLYWOOD | | |
| | | Shipping Marks: Crates  Pieces  Cbm  MSR  G/W KGS  N/W KGS | | |
| | | --- AS ATTACHED --- | | |
| | | | GW = 41,220.00 KGS | |
| | | | NW = 38,554.00 KGS | |
| | | | MEAS = 80.669 CBM | |

**) SUITE 1800, NEW ORLEANS, LOUISIANA 70130,
PHONE: 504-581-3320, FAX: 504-528-2811
ATTN: IMPORT DEPARTMENT

INDOTRANS ASIA AS CARRIER
ON BOARD MV. ELSES V. VIII, DATED _____ 2006
AT SEMARANG, INDONESIA

CFS/CFS

**FREIGHT CHARGES PAYABLE AT** JAKARTA
**TOTAL NO. OF CONTAINERS / PACKAGES** THIRTY SIX CRATES ONLY

"FREIGHT PREPAID"

3(THREE)

PT. JANUINE TANGGUH TRANSPORT SERVICES
AS AGENT FOR CARRIER

TOTAL CHARGES

03/21/2006  13:06   6045136105                 INTERSURE              PAGE  14
03/21/2006  10:30   5048280? 5                 ARGO FINE IMPORT        PAGE  11

ATTACHED B/L NO : IDJKTS4091

| Shipping Marks : | Crates | Pieces | Cbm | MSF | G/W KGS | N/W KGS |
|---|---|---|---|---|---|---|
| ARGO           DBB / DCC / DOVL  LFE       2.7MM X 48 X96 | | | | | | |
| P.O. NO. 6607KLLA | | | | | | |
| CRATE MARKS | | | | | | |
| 054-3/054-4/054.5 | 4 | 880 | 7.073 | 28.160 | 4.580 | 4.398 |
| LOS ANGELES | 4 | 880 | 7.073 | 28.160 | 4.580 | 4.398 |
| 2.7X48X96 | 28 | 6.160 | 49.510 | 197.120 | 32.060 | 30.772 |
| DBB / DCC / DOVL | | | | | | |
| LFE | 36 | 7,920 | 63.656 | 253.440 | 41.220 | 39.564 |
| PLYWOOD | | | | | | |
| MADE IN INDONESIA | | | | | | |
| C/NO. 35 - 70 | | | | | | |



03/21/2006 13:06  6045136105          INTERSURE                            PAGE  16
03/21/2006 10:30  5048280             ARGO FINE IMPORT                     PAGE  13

**BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT**   INDOTRANS ASIA   A SERVICE OF THE CHINA NAVIGATION CO. LTD. (INC. IN THE U.K.)

| | |
|---|---|
| SHIPPER / EXPORTER: PT. KAYU LAPIS INDONESIA, DESA MORIOREJO, KALIWUNGU, KABUPATEN KENDAL 51372, SEMARANG, INDONESIA ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 8662980 | BOOKING NUMBER / BILL OF LADING NO: IDJK154060 / BROKERAGE EXPORT REFERENCES |
| CONSIGNEE: TO THE ORDER OF PT. KAYU LAPIS INDONESIA, DESA MORIOREJO, KALIWUNGU, KABUPATEN KENDAL 51372, SEMARANG, INDONESIA ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 8662980 | FORWARDING AGENT - REFERENCES / POINT AND COUNTRY OF ORIGIN |
| NOTIFY PARTY: ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE, SUITE 202, METAIRIE, LOUISIANA 70002. ATTN: DON MCMASTER, TELEPHONE NO: 504-828-0843 AND M.G.MAHER AND CO., INC., ONE CANAL PLACE, **) | ALSO NOTIFY / ROUTING INSTRUCTIONS **COPY NON NEGOTIABLE** |
| PRECARRIAGE BY: MV. ELSES V. VIII | PLACE OF RECEIPT BY PRECARRIER: SEMARANG, INDONESIA |
| EXPORTING CARRIER (VESSEL): PACIFIC EXPLORER V.0004E | PORT OF LOADING: JAKARTA - INDONESIA / LOADING PIER / TERMINAL |
| PORT OF DISCHARGE: LONG BEACH, CA. | PLACE OF DELIVERY BY ONCARRIER: LOS ANGELES, CALIFORNIA, U.S.A / TYPE OF MOVEMENT |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | No. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | BREAKBULK MERANTI PLYWOOD | | |
| | | Shipping Marks: Crates  Pieces  Cbm  MBF  G/W KGS  N/W KGS | | |
| | | ---- AS ATTACHED ---- | | |
| | | | GW   144,270.00 KGS | |
| | | | NW   138,474.00 KGS | |
| | | | MEAS  222.798 CBM | |
| **) SUITE 1800, NEW ORLEANS, LOUISIANA 70130, PHONE: 504-581-3320, FAX: 504-529-2611 ATTN: IMPORT DEPARTMENT | | | | |
| | | INDOTRANS ASIA AS CARRIER ON BOARD MV. ELSES V. VIII, DATED JANUARY 27, 2006 AT SEMARANG, INDONESIA | | |
| oro/oro | | | | |

EXCESS VALUATION: REFER TO CLAUSE 7 (4) ON REVERSE SIDE
FREIGHT CHARGES PAYABLE AT: JAKARTA   BY   ITEM NUMBER
TOTAL NO. OF CONTAINERS / PACKAGES RECEIVED BY THE CARRIER: ONE HUNDRED AND TWENTY SIX CRATES ONLY

| | FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|---|
| | * FREIGHT PREPAID * | | |
| 3/(THREE) | EXCESS VALUE CHARGES (SEE CLAUSE 7 (4)) | | |
| PT. JARDINE TANGGUH TRANSPORT SERVICES | TOTAL CHARGES CONVERTED TO USD | | |
| APPLICATION FOR COMBINED TRANSPORT ONLY AS AGENT FOR CARRIER | TOTAL CHARGES | | |

INDOTRANS ASIA VI.

13

ATTACHED B/L NO : IDJKT34085

| Shipping Marks | Crates | Pieces | Cbm | MSF | G/W KGS | N/W KGS |
|---|---|---|---|---|---|---|
| ARGO | | 088/CCC/DOVL LFE | | 2.7MM X 48 X 96 | | |
| P.O. NO. 6612KLLA-A | | | | | | |
| CRATE MARKS: | | | | | | |
| 054-3/054-4/054-5 | 13 | 2,880 | 22.987 | 91.520 | 14,885 | 14,287 |
| LOS ANGELES | 13 | 2,880 | 22.987 | 91.520 | 14,885 | 14,287 |
| 2.7X48X96 | 100 | 22,000 | 176.822 | 704.000 | 114,500 | 109,900 |
| 088/CCC/DOVL | | | | | | |
| LFE | 126 | 27,720 | 222.796 | 887.040 | 144,270 | 138,474 |
| PLYWOOD | | | | | | |
| MADE IN INDONESIA | | | | | | |
| C/NO. 1 - 126 | | | | | | |



03/21/2006  10:30    5049280(             ARGO FINE IMPORT                PAGE  15

## BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT

**INDOTRANS ASIA** — A SERVICE OF THE CHINA NAVIGATION CO. LTD (Inc. in the U.K.)

**Shipper/Exporter:**
PT. KAYU LAPIS INDONESIA
DESA MORGREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO : (024) 8662980

**Bill of Lading No:** IDJKT64086

**Consigned to:**
TO THE ORDER OF PT. KAYU LAPIS INDONESIA
DESA MORGREJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO : (024) 8662980

**Notify Party:**
ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE,
SUITE 202, METAIRIE, LOUISIANA 70002,
ATTN: DON MCMASTER, TELEPHONE NO : 504-828-0943
AND M.G. MAHER AND CO., INC., ONE CANAL PLACE, (*)

**SECOND ORIGINAL**

**Precarriage by:** MV. ELSES V. VIII
**Place of Receipt by Precarrier:** SEMARANG, INDONESIA
**Export Carrier (Vessel):** PACIFIC EXPLORER V.0004E
**Port of Loading:** JAKARTA - INDONESIA
**Port of Discharge:** LONG BEACH, CA
**Place of Delivery by Oncarrier:** LOS ANGELES, CALIFORNIA, U.S.A

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| Shipping Marks: — AS ATTACHED — | Crates / Pieces / Cbm / MBF | BREAKBULK MERANTI PLYWOOD | GW 39,616.00 KGS / NW 38,368.00 KGS | MEAS 60.120 CBM |

(*) SUITE 1600, NEW ORLEANS, LOUISIANA 70130,
PHONE: 504-581-3320, FAX: 504-[illegible]-2611
ATTN: IMPORT DEPARTMENT

INDOTRANS ASIA AS CARRIER
ON BOARD MV. ELSES V. VIII, DATED JANUARY 27, 2006
AT SEMARANG, INDONESIA

CFS/CFS

**Freight Charges Payable at:** JAKARTA

THIRTY TWO CRATES ONLY

" FREIGHT PREPAID "

3 (THREE)

PT. JARDINE TANGGUH TRANSPORT SERVICES
AS AGENT FOR CARRIER

03/21/2006  13:06   6045136165            INTERSURE              PAGE  15
03/21/2006  10:30   504828?               ARGO FINE IMPORT       PAGE  16

ATTACHED B/L NO. IDJKT54086

| Shipping Marks: | Crates | Pieces | Cbm | MSF | G/W KGS | N/W KGS |
|---|---|---|---|---|---|---|
| ARGO | | DBB / DCC / DOVL  LFE | | 2.7MM X 48 X 102 | | |
| P.O. NO. 6612KLLA-A | | | | | | |
| CRATE MARKS | | | | | | |
| 062-3/062-4/082-5 | 4 | 880 | 7.515 | 29.920 | 4,952 | 4,706 |
| LOS ANGELES | 4 | 880 | 7.515 | 29.920 | 4,952 | 4,706 |
| 2.7X48X102 | 24 | 5.280 | 45.090 | 179.520 | 29,712 | 28,770 |
| DBB / DCC / DOVL | | | | | | |
| LFE | 32 | 7,040 | 60.120 | 239.360 | 39,616 | 38,368 |
| PLYWOOD | | | | | | |
| MADE IN INDONESIA | | | | | | |
| C/NO. 127 - 158 | | | | | | |

16

```
03/21/2006  13:06   6045136105              INTERSURE              PAGE   20
03/21/2006  10:30   504828((                ARGO FINE IMPOR(       PAGE   17
```

# BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT

## IND⊕TRANS ASIA
A SERVICE OF THE CHINA NAVIGATION CO. LTD. (Inc. in the U.K.)

**SHIPPER / EXPORTER:**
PT. KAYU LAPIS INDONESIA
DESA MORBEJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 6602000

**BILL OF LADING No.:** IDJKT54086

**CONSIGNEE:**
TO THE ORDER OF PT. KAYU LAPIS INDONESIA
DESA MORBEJO, KALIWUNGU, KABUPATEN
KENDAL 51372, SEMARANG, INDONESIA
ATTN: BAMBANG RAHARJO, TELEPHONE NO: (024) 8862980

**NOTIFY PARTY:**
ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE,
SUITE 202, METAIRIE, LOUISIANA 70002,
ATTN: DON MCMASTER, TELEPHONE NO: 504-828-0943
AND M.G. MAHER AND CO., INC., ONE CANAL PLACE, **)

**COPY NON NEGOTIABLE**

**PRE-CARRIAGE BY:** MV. ELSES V. VIII
**PLACE OF RECEIPT BY PRE-CARRIER:** SEMARANG, INDONESIA
**EXPORTING CARRIER (VESSEL):** PACIFIC EXPLORER V.0004E
**PORT OF LOADING:** JAKARTA - INDONESIA
**PORT OF DISCHARGE:** LONG BEACH, CA.
**PLACE OF DELIVERY BY ON-CARRIER:** LOS ANGELES, CALIFORNIA, U.S.A

| MARKS AND NUMBERS | No. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | BREAKBULK MERANTI PLYWOOD | | |
| | | Shipping Marks:  Crates  Pieces  Cbm  MSF  GAN KGS  NW KGS | | |
| | | ---- AS ATTACHED ---- | | |
| | | | GW = 39,616.00 KGS | |
| | | | NW = 38,368.00 KGS | |
| | | | MEAS = 60.120 CBM | |
| **) SUITE 1600, NEW ORLEANS, LOUISIANA 70130, PHONE: 504-581-3320, FAX: 504-529-2611  ATTN: IMPORT DEPARTMENT | | | | |
| | | INDOTRANS ASIA AS CARRIER ON BOARD MV. ELSES V. VIII, DATED JANUARY 27, 2006 AT SEMARANG, INDONESIA | | |

**FREIGHT CHARGES PAYABLE AT:** JAKARTA
**TOTAL OF CONTAINERS:** THIRTY TWO CRATES ONLY

"FREIGHT PREPAID"

3/(THREE)

PT. JARDINE TANGGUH TRANSPORT SERVICES
*APPLICATION FOR COMBINED TRANSPORT ONLY
AS AGENT FOR CARRIER   01  27  06

```
03/21/2006  13:06    6049136105               INTERSURE                       PAGE   21
03/21/2006  10:30    504828P                  ARGO FINE IMPORT                PAGE   18
```

ATTACHED B/L NO. IDJKT54086

| Shipping Marks | Crates | Pieces | Cbm | MSF | G/W KGS | N/W KGS |
|---|---|---|---|---|---|---|
| ARGO | | OBB / DCC / DOVL  LFE | | 2.7MM X 48 X 102 | | |
| P.O. NO. 6812KLLA-A | | | | | | |
| CRATE MARKS | | | | | | |
| 062-3/062-4/062-5 | 4 | 880 | 7.515 | 29.920 | 4,952 | 4,796 |
| LOS ANGELES | 4 | 880 | 7.515 | 29.920 | 4,952 | 4,796 |
| 2.7X48X102 | 24 | 5,280 | 45.090 | 179.420 | 29,712 | 28,776 |
| OBB / DCC / DOVL | | | | | | |
| LFE | 32 | 7,040 | 60.120 | 239.360 | 39,616 | 38,368 |
| PLYWOOD | | | | | | |
| MADE IN INDONESIA | | | | | | |
| C/NO. 127 - 158 | | | | | | |

LK

03/21/2006  13:06    6049136165              INTERSURE                          PAGE  23
03/21/2006  10:30    5048280                ARGO FINE IMPORT                    PAGE  20

**BILL OF LADING FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT**  INDOTRANS ASIA  A SERVICE OF THE CHINA NAVIGATION CO., LTD. (Inc. in the U.K.)

| | |
|---|---|
| **SHIPPER / EXPORTER** | **BOOKING NUMBER** / **BILL OF LADING No.** IDJKT54087 / **EXCHANGE** |
| PT. KAYU LAPIS INDONESIA<br>DESA MOROREJO, KALIWUNGU, KABUPATEN<br>KENDAL 51372, SEMARANG, INDONESIA<br>ATTN : BAMBANG RAHARJO, TELEPHONE NO. (024) 8662980 | **EXPORT REFERENCES** |
| **CONSIGNEE**<br>TO THE ORDER OF PT. KAYU LAPIS INDONESIA<br>DESA MOROREJO, KALIWUNGU, KABUPATEN<br>KENDAL 51372, SEMARANG, INDONESIA<br>ATTN : BAMBANG RAHARJO, TELEPHONE NO : (024) 8662980 | **FORWARDING AGENT - REFERENCES**<br><br>**POINT AND COUNTRY OF ORIGIN** |
| **NOTIFY PARTY** (It is agreed that no responsibility shall attach to the Carrier or his Agents for failure to notify of the arrival of the goods (see clause 20 on reverse))<br>ARGO FINE IMPORTS, 3032 RIDGELAKE DRIVE,<br>SUITE 202, METAIRIE, LOUISIANA 70002,<br>ATTN : DON MCMASTER, TELEPHONE NO.: 504-828-0943<br>AND M.G.MAHER AND CO., INC., ONE CANAL PLACE, **) | **ALSO NOTIFY / ROUTING / INSTRUCTIONS**<br><br>**COPY**<br>**NON NEGOTIABLE** |
| **PRECARRIAGE BY**<br>MV. ELSES  V.VIII | **PLACE OF RECEIPT BY PRECARRIER**<br>SEMARANG, INDONESIA |
| **EXPORTING CARRIER (VESSEL)**<br>PACIFIC EXPLORER V.0004E | **PORT OF LOADING**<br>JAKARTA - INDONESIA | **LOADING PIER / TERMINAL** |
| **PORT OF DISCHARGE**<br>LONG BEACH, CA. | **PLACE OF DELIVERY BY ONCARRIER**<br>LOS ANGELES, CALIFORNIA, U.S.A. | **TYPE OF MOVEMENT** |

**PARTICULARS FURNISHED BY SHIPPER** (but not acknowledged by the Carrier (see clause 11))

| MARKS AND NUMBERS | No. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | BREAKBULK MERANTI PLYWOOD | | |
| | | Shipping Marks:  Crates  Pieces  Cbm  MBF  G/W KGS  N/W KGS<br>---- AS ATTACHED ---- | | |
| | | | GW = 20,872.00 KGS<br>NW = 19,898.00 KGS<br>MEAS = 30.970 CBM | |
| **) SUITE 1800, NEW ORLEANS, LOUISIANA 70130,<br>PHONE : 504-581-3320, FAX : 504-529-2011<br>ATTN : IMPORT DEPARTMENT | | | | |
| | | INDOTRANS ASIA AS CARRIER<br>ON BOARD MV. ELSES V. VIII, DATED JANUARY 27, 2006<br>AT SEMARANG, INDONESIA | | |
| CFS/CFS | | | | |

**EXCESS VALUATION:** REFER TO CLAUSE 7 (4) ON REVERSE SIDE

**FREIGHT CHARGES PAYABLE AT**  JAKARTA  BY                **ITEM NUMBER**

**TOTAL No. OF CONTAINERS / PACKAGES RECEIVED BY THE CARRIER**
SIXTEEN CRATES ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| * FREIGHT PREPAID * | | |

3/(THREE)

IN WITNESS whereof... AS AGENT(S) ONLY

PT. JARDINE TANGGUH TRANSPORT SERVICES
*APPLICABLE FOR COMBINED TRANSPORT ONLY*
AS AGENT FOR CARRIER   MO. 01  DAY 27  YEAR 06

| EXCESS VALUE CHARGE (SEE CLAUSE 7 (4)) |
| TOTAL CHARGES CONVERTED TO USD |
| USER CODE | TOTAL CHARGES |

70

03/21/2006  13:06    6049136165            INTERSURE                    PAGE   24
03/21/2006  10:30    5048288               ARGO FINE IMPORT             PAGE   21

ATTACHED B/L NO : IDJKT54087

| Shipping Marks: | Crates | Pieces | Cbm | MSF | G/W KGS | N/W KGS |
|---|---|---|---|---|---|---|
| A R G O | | OBB / DCC / DOVL  LPE | | 3.4MM X 48 X 102 | | |
| P.O. NO. 8612KLLA-A | | | | | | |
| CRATE MARKS: | | | | | | |
| 162-3/162-4/162-5 | 2 | 360 | 3.871 | 12.240 | 2,584 | 2,486 |
| LOS ANGELES | 2 | 360 | 3.871 | 12.240 | 2,584 | 2,486 |
| 3.4X48X102 | 12 | 2,160 | 23.228 | 73.440 | 19,504 | 14,916 |
| OBB / DCC / DOVL | | | | | | |
| LPE | 16 | 2,880 | 30.970 | 97.920 | 20,672 | 19,888 |
| PLYWOOD | | | | | | |
| MADE IN INDONESIA | | | | | | |
| C/NO. 159 - 174 | | | | | | |

21