1 | GEORGE W. NOWELL (SBN: 83868)
   | george.nowell@nowelllaw.com
2 | PAUL B. ARENAS (SBN: 167863)
   | paul.arenas@nowelllaw.com
3 | **LAW OFFICES OF GEORGE W. NOWELL**
   | 120 Montgomery Street, Suite 1990
4 | San Francisco, CA 94104
   | Telephone:  (415) 362-1333
5 | Facsimile:  (415) 362-1344

6 | Attorneys for Plaintiff:
   | ARGO IMPORT AND SALVAGE, INC.
7 | dba ARGO FINE IMPORTS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (OAKLAND DIVISION)

| | |
|---|---|
| ARGO IMPORT AND SALVAGE, INC. dba ARGO FINE IMPORTS | CASE NO.:  CV07-03436 JL |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | FRCP 41(a)(1)(i) |
| M/V PACIFIC EXPLORER, her engines, tackle, machinery, appurtenances, etc., <u>in rem;</u> and THE CHINA NAVIGATION COMPANY, LTD.; INDOTRANS ASIA; SWIRE SHIPPING, LTD (UK); SWIRE SHIPPING, <u>in personam,</u> | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs Plaintiff ARGO IMPORT AND SALVAGE, INC. dba ARGO FINE IMPORTS  ("Plaintiff" or " ARGO ") hereby dismiss this lawsuit against defendants with prejudice.  No pleadings have been filed and no appearances have been made by any adverse party.

**DATED:**  August 13, 2007         **LAW OFFICES OF GEORGE W. NOWELL**


\S_____.
PAUL B. ARENAS, ESQ.
ARGO IMPORT AND SALVAGE, INC.
dba ARGO FINE IMPORTS

1

NOTICE OF DISMISSAL (CV07-03436 JL)

P0813.2007-1737